UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>STEPHEN ESPALIN,<br><br>      Defendant. | CASE NO. MJ22-186<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant appeared following his arrest on a warrant issued by the Southern District of Florida for an offender under supervision. Defendant was convicted in the Southern District of Failing to Register and Update Registration as a Sex Offender. A warrant for his arrest was issued based upon the allegations that he committed another crime by failing to register in Florida. Florida records show he is on "abscond" status. It is also alleged Defendant failed to report to his probation officer or to comply with probation's directive that he properly register as a sex offender. The Court did not receive any verified information regarding Defendant's ties to

DETENTION ORDER - 1

the community, residence, employment, health or substance use history.  Defendant did not contest detention.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 29th day of April, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2